IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LOGAN BRANDT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | CIVIL ACTION NO.: 2:11-CV-00565-WC |
| | * |
| PENSKE LOGISTICS, LLC, a | * |
| Corporate, KELLY SERVICES, INC., | * |
| a corporation, and fictitious Defendants | * |
| A through F, being those persons, firms, | * |
| Corporations, or entities who own and/or | * |
| Operate the place of business at which | * |
| Plaintiff received her injuries and | * |
| Damages which formed the basis of this | * |
| Complaint, | * |
| | * |
| Defendants | * |

## JOINT MOTION TO APPROVE SETTLEMENT OF FLSA
## CASE FILED UNDER SEAL

Plaintiff Logan Brandt ("Plaintiff") and Defendants Penske Logistics, LLC ("Penske") and Kelly Services, Inc. ("Kelly") (collectively referred to as "Defendants"), by and through their undersigned attorneys, jointly and respectfully move this Court to approve their Settlement Agreement and General Release of All Claims ("Settlement Agreement"), which they file herewith under seal in this FLSA case.

1. Plaintiff filed suit against Defendants asserting FLSA violation. The parties reached a mutually agreeable settlement of all claims in this case. The terms of settlement are set forth in the Settlement Agreement.

2. The parties' counsel negotiated and prepared the attached Settlement Agreement, which formalizes the parties' agreement. The parties have approved the attached Settlement Agreement and agree to be bound by its terms. The terms of settlement result in Plaintiff receiving an amount for disputed overtime pay, plus liquidated damages and an

1

attorney's fee.

      3.      For these reasons, the parties submit the Settlement Agreement to the Court, under seal, for the Court's approval of the resolution in this matter. The parties jointly and respectfully ask the Court to approve the settlement of this matter pursuant to the terms contained in the Settlement Agreement and enter the Stipulated Order of Dismissal with Prejudice submitted along with this Joint Motion.

      4.      Once the Court approves the Settlement Agreement, the parties respectfully stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and expenses, except as set forth in the Settlement Agreement, and ask the Court to dismiss this case accordingly.

      Respectfully submitted this day of _____, 2011.

STIPULATED TO:

Dated: _____, 2011      THE HAYS LAW FIRM, LLC

                                                   _____
                                                   PATRICK L. HAYS, JR.
                                                   Attorney for Plaintiff
                                                   415 E. Commerce Street, Suite 201
                                                   Greenville, AL 36037
                                                   phays@havs-lawfirm.com

POTTER, DeAGOSTINO, O'DEA & PATTERSON

Dated: _____, 2011		HAND ARENDALL LLC


_____
PATRICIA J. PONDER
WINDY COCKRELL BITZER
Attorneys for Defendant Penske Logistics LLC
RSA Tower
11 North Water Street, Suite 30200
Mobile, AL 36602
251-694-6263
wbitzer@handarendall.com


Dated: *Dec 8*, 2011		POTTER, DeAGOSTINO, O'DEA & PATTERSON

*/s/ Steven M. Potter*
STEVEN M. POTTER
Attorney for Defendant, Kelly Services, Inc.
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700
spotter@potterlaw.com

3

attorney's fee.

3. For these reasons, the parties submit the Settlement Agreement to the Court, under seal, for the Court's approval of the resolution in this matter. The parties jointly and respectfully ask the Court to approve the settlement of this matter pursuant to the terms contained in the Settlement Agreement and enter the Stipulated Order of Dismissal with Prejudice submitted along with this Joint Motion.

4. Once the Court approves the Settlement Agreement, the parties respectfully stipulate to the dismissal of this action with prejudice, with each party to bear their own costs and expenses, except as set forth in the Settlement Agreement, and ask the Court to dismiss this case accordingly.

Respectfully submitted this day of _____, 2011.

STIPULATED TO:

Dated: __Dec. 14__, 2011        THE HAYS LAW FIRM, LLC

                                /s/ PATRICK L. HAYS
                                PATRICK L. HAYS, JR.
                                Attorney for Plaintiff
                                415 E. Commerce Street, Suite 201
                                Greenville, AL 36037
                                phays@havs-lawfirm.com

2

Dated: _December 8_, 2011                HAND ARENDALL LLC

                                                                                                 /s/ *signature*
                                          PATRICIA J. PONDER
                                          WINDY COCKRELL BITZER
                                          Attorneys for Defendant Penske Logistics LLC
                                          RSA Tower
                                          11 North Water Street, Suite 30200
                                          Mobile, AL 36602
                                          251-694-6263
                                          wbitzer@handarendall.com


Dated: _____, 2011               POTTER, DeAGOSTINO, O'DEA & PATTERSON

                                          STEVEN M. POTTER
                                          Attorney for Defendant, Kelly Services, Inc.
                                          2701 Cambridge Court, Suite 223
                                          Auburn Hills, MI 48326
                                          (248) 377-1700
                                          spotter@potterlaw.com